# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

137536
& (82)
(83)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GRAND TRUNK WESTERN
RAILROAD, INC.,
          Plaintiff-Appellant,

v

37TH CIRCUIT COURT JUDGE,
          Defendant-Appellee.

SC: 137536
COA: 273411
Calhoun CC: 04-004370-NO

_____/

On order of the Court, the motion for *pro hac vice* admission is GRANTED. The application for leave to appeal the September 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay of proceedings is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

l0217